IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

RANDY RUSSELL and )
ANTOINETTE RUSSELL, )
           )   Case No.
       Plaintiffs, )
           )
v.            )
           )
WHIRLPOOL CORPORATION, )
           )
       Defendant. )

## **COMPLAINT**

COME NOW the plaintiffs, and for their cause of action against the defendant, allege and state:

1. Plaintiffs are individuals and citizens of the state of Missouri.

2. Defendant is a corporation with its principal place of business in the state of Michigan and defendant is organized under the laws of the state of Delaware. Defendant is therefore a citizen of the states of Michigan and Delaware.

3. This Court has subject matter jurisdiction as a result of the diversity of citizenship and the amount in controversy.

4. On the late evening of February 6, 2010, and early morning of February 7, 2010, plaintiffs' home was destroyed by fire.

5. The aforementioned fire occurred as a result of a dangerous condition and defect in a refrigeration unit designed, manufactured and sold by defendant.

6. As a result of the defect and dangerous condition in the refrigerator sold by defendant, plaintiffs' home burned to the ground and plaintiffs lost the home and all the contents.

7. The fire occurred as a result of the negligence, breach of warranty and product defect (strict liability in tort) of defendant.

8. As a result of defendant's negligence, plaintiffs have suffered damage to their property, loss of their personal property and have incurred and are incurring continuing damages for additional living expenses.

9. Plaintiffs are entitled to judgment against defendant in the sum of $600,000.00.

WHEREFORE plaintiffs pray for judgment against defendant in the sum of $600,000.00, the costs of the action, and further relief determined by the Court to be just and equitable.

/s/ Paul Hasty, Jr.
Paul Hasty Jr.   MO # 34470
Schmitt Manz Swanson & Mulhern, P.C.
7101 College Blvd., Suite 350
Overland Park, KS 66210
Telephone: (913) 317-8068
Facsimile: (913) 317-8058
phasty@schmittmanzlaw.com

**ATTORNEYS FOR PLAINTIFFS**