IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| RANDY RUSSELL and<br>ANTOINETTE RUSSELL, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | Case No. 10-3180-CV-S-GAF |
| WHIRLPOOL CORPORATION, | )<br>)<br>) | |
| Defendant. | ) | |

**XX**    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**    **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

pursuant to the jury verdict entered on December 8, 2011, the jurors find in favor of Plaintiffs and assess the damages of plaintiffs Randy and Antoinette Russell as follows:

For real property damage $365,200.
For personal property damage $330,000.
For loss of use of real and personal property $7,350.
For household goods and wearing apparel $ 175,000.
For personal property having sentimental value $500,000.

**IT IS FURTHER ORDERED AND ADJUDGED** that

pursuant to this Court's order entered on September 19, 2011 that both Giggy's and Martin's expert opinions are found to be sufficiently reliable pursuant to Federal Rule of Evidence 702 and *Daubert*, at this time.

**IT IS FURTHER ORDERED AND ADJUDGED** that

pursuant to this Court's order entered on September 19, 2011 Defendant Whirlpool Corporation's Motion for Summary Judgment requesting the Court enter judgment as a matter of law as to all claims against Defendant in Plaintiffs Randy Russell and Antoinette Russell's Complaint pursuant to Federal Rule of Civil Procedure 56( c) is DENIED.

December 9, 2011            Ann Thompson
Date                                        Clerk of Court

                                                     /s/ Tracy L. Diefenbach
                                                     (by) Deputy Clerk